ACCEPTED
03-14-00492-CV
4088598
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 11:41:19 AM
JEFFREY D. KYLE
CLERK

# DOUGLAS R. LITTLE

ATTORNEY AT LAW

THE LYRIC CENTRE, SUITE 900

440 LOUISIANA STREET

HOUSTON, TEXAS 77002

713.275.2069

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 11:41:19 AM
JEFFREY D. KYLE
Clerk

January 28, 2015

*VIA EXPRESS MAIL*

Jeffrey D. Kyle
Clerk, Third Court of Appeals
Post Office Box 12547
Austin, Texas 78711-2547

     Re:  *Brown v. Hegar (Combs) and Paxton (Abbott)*; No. 03-14-00492-CV

Dear Mr. Kyle:

AS directed by the Court's letter of January 22, 2015, Appellant W. Robert Brown submits three bound paper copies of his Appellant's Brief, the only brief he has filed in this case.

Additionally, please note the new address for my firm, shown above.

Thank you for your attention.

Very truly yours,

Douglas R. Little

DRL/bms

Enclosures

cc: Mr. Charles K. Eldred
    *w/o enclosures*